UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:16-CR-00027-D

UNITED STATES OF AMERICA

vs.

PATRICIA ANN WARD

ORDER TO SEAL SUBMISSION
OF DOCUMENTS

Upon motion of defendant and for good cause shown, it is hereby ORDERED that the following documents be sealed: those certain documents filed as DE #29.

So ORDERED this the **20** day of January, 2017.

JAMES C. DEVER III
CHIEF U.S. DISTRICT JUDGE